**WO** SC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Stacey Gruenberg, | No. CV 06-397-PHX-SMM (DKD) |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County Sheriff's Office, et al., | |
| Defendants. | |

Plaintiff Stacey Gruenberg filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 regarding events at Maricopa County's Estrella Jail. (Doc.# 1.)[1] The The Court dismissed the Complaint with leave to file an amended complaint within 30 days. (Doc.# 12.) Plaintiff has filed a motion requesting a 30-day extension of that deadline so that she may obtain a copy of the original complaint to assist her in drafting an amended complaint. (Doc.# 13). The Court will grant the motion.

Plaintiff is warned that the failure to timely file an amended complaint or to comply with previous orders may result in the dismissal of this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Plaintiff's motion for an extension of time to file an amended complaint is **granted**. Plaintiff must file her amended complaint no later than **October 9, 2006**. (Doc.#

---

[1] "Doc.#" refers to the docket number of documents filed in this action.

**JDDL-K**

13.)

(2)  If Plaintiff fails to file an amended complaint by **October 9, 2006**, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice that states that the dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

DATED this 31st day of August, 2006.

_____
Stephen M. McNamee
United States District Judge