**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Stacey Gruenberg, | ) | No. CIV 06-0397-PHX-SMM (DKD) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Maricopa County Sheriff's Office, et al., | ) | |
| Defendants. | ) | |

It appearing to the Court that Defendants' Motion to Dismiss is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #23). All other matters shall remain with the current Magistrate Judge for disposition as appropriate.

DATED this 7th day of March, 2007.

Stephen M. McNamee
United States District Judge